UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SAN FRANCISCO COUNTY

| | |
|---|---|
| Tactacell, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>Deer Management Systems, LLC and Tactacam, LLC,<br><br>    Defendants. | Case No. 3:24-mc-80121-VC<br><br>[PROPOSED] ORDER AWARDING REASONABLE COSTS AND FEES |

This Court, having considered non-party Bertram Capital Management, LLC's ("Bertram") Supplemental Memorandum for Costs and Fees Pursuant and supporting papers, the motion papers submitted in connection with this miscellaneous action, any opposition papers, and finding that the rates and time spent to be reasonable, ORDERS the following:

1. The Court awards $50,551 as Rule 45 sanctions jointly payable by Tactacell LLC and its counsel of record;
2. The sanction must be paid within fourteen days of this Order, and a notice filed indicating that payment is complete; and
3. The Court retains jurisdiction to enforce the discovery sanction imposed.

IT IS SO ORDERED.

Dated: _____, 2024

_____
Hon. Vince Chhabria