**LEWIS BRISBOIS BISGAARD & SMITH LLP**
CHRISTOPHER J. BAKES, SB# 99266
  E-Mail: Christopher.Bakes@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Plaintiff,
TACTACELL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TACTACELL, LLC, | Case No. 3:24-mc-80121-VC |
| Plaintiff, | **PLAINTIFF TACTACELL LLC'S NOTICE OF RELATED FILINGS** |
| vs. | |
| DEER MANAGEMENT SYSTEMS, LLC and TACTACAM, LLC, | Date:<br>Time:    10:00 a.m.<br>Crtrm.:   4, 17th Floor |
| Defendants. | Judge:   Vince Chhabria |

Please take Notice that this Court's Order dated July 8, 2024 (R. Doc. 12) has resulted in the following related filings:

1. Bertram Management LLC's ("Bertram") Fee Application (R. Doc. 14), filed July 15, 2024

2. Plaintiff Tactacell LLC's ("Tactacell") Opposition (R. Doc. 16), filed July 22, 204

3. Tactacell's Motion to Vacate July 8, 2024, Order (R. Doc. 23 et al.), filed August 6, 2024.

4. Tactacell's Motion for Order to Shorten [or otherwise adjust] Time for Hearing of Motion to Vacate so that the Motion to Vacate can be heard on the same date as Bertram's Fee Application and Opposition thereto.

This Notice is submitted for the convenience of all parties, but particularly for the

1  convenience of the Court. This list does not include the Letters (R. Doc. 19) from David W. T.
2  Daniels, counsel for Bertram, and the Letter response to the latter (R. Doc. 21) submitted by
3  Christopher J. Bakes.

5  DATED: August 9, 2024                LEWIS BRISBOIS BISGAARD & SMITH LLP

                                        By:    */s/ Christopher J. Bakes*
                                               CHRISTOPHER J. BAKES
                                               Attorneys for Plaintiff, TACTACELL, LLC

